Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.:  17−16772−RG
                        Chapter:  13
                        Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Carolyn Chestnut
   301 East 41st Street
   Paterson, NJ 07504

Social Security No.:
   xxx−xx−9330

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/31/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: November 1, 2017
JAN: slm

                                                  Jeanne Naughton
                                                  Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Carolyn Chestnut  
    Debtor

Case No. 17-16772-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2     Date Rcvd: Nov 01, 2017  
                     Form ID: 148     Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2017.
```
db             +Carolyn Chestnut,    301 East 41st Street,    Paterson, NJ 07504-1103
516746235      +1ST CRD SRVC,    377 HOES LANE,    PISCATAWAY, NJ 08854-4138
516881010      +Auto Mall 46 Chrysler Jeep Dodge,    c/o Fein Such Kahn & Shepard PC,    7 Century Dr., Suite 201,
                 Parsippany, NJ 07054-4609
516746239      +JH PORTFOLIO DEBT EQUI,    5757 PHANTOM DR STE 225,    HAZELWOOD, MO 63042-2429
516746243      +PSE&G,    PO Box 1023,    Cranford, NJ 07016-1023
516772268      +PSE&G,    PO Box 14444,    New Brunswick, NJ 08906-4444,    Attn: Bankruptcy
516746242      +Phelan Hallinam  & Diamond PC,    400 Fellowship Road,    Suite 100,
                 Mount Laurel, NJ 08054-3437
516746244      +SLS/US Bank,    8742 Lucent Blvd.,    Suite 300,    Littleton, CO 80129-2386
516862282      +U.S. Bank National Association,Trustee(See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 01 2017 22:42:34      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 01 2017 22:42:29      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516746236       EDI: CAPITALONE.COM Nov 01 2017 22:28:00      CAPITAL ONE BANK USA N,    15000 CAPITAL ONE DR,
                 RICHMOND, VA 23238
516746240      +EDI: NAVIENTFKASMSERV.COM Nov 01 2017 22:28:00      NAVIENT,    PO BOX 9500,
                 WILKES BARRE, PA 18773-9500
516746241      +E-mail/Text: bankruptcy@njfcu.org Nov 01 2017 22:42:41      NORTH JERSEY FCU,    711 UNION BLVD,
                 TOTOWA, NJ 07512-2207
516997638       EDI: PRA.COM Nov 01 2017 22:28:00      Portfolio Recovery Associates, LLC,
                 c/o Capital One Bank, N.a.,    POB 41067,    Norfolk VA 23541
516749269      +EDI: RMSC.COM Nov 01 2017 22:28:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516746237*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court:   CAPITAL ONE BANK USA N,    15000 CAPITAL ONE DR,
                 RICHMOND, VA 23238)
516746238*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court:   CAPITAL ONE BANK USA N,    15000 CAPITAL ONE DR,
                 RICHMOND, VA 23238)
                                                                                                TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2017                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)  
system on November 1, 2017 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    Wilmington Trust, National Association, as Successor
               Trustee to Citibank, N.A., as Trustee for Bear Stearns Asset Backed Securities Trust 2007-2,
               Asset Backed Certificates, Series 2007-2 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Credit Suisse First Boston Mortgage Securities Corp.,
               Home Equity Asset Trust 2007-1, Home Equity Pass-Through Certificates, Series 2007-1, U.S. Bank
               National Association, as Trustee dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg     magecf@magtrustee.com
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Nov 01, 2017
                              Form ID: 148             Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Russell L. Low    on behalf of Debtor Carolyn   Chestnut rbear611@aol.com, ecf@lowbankruptcy.com;r57808@notify.bestcase.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                              TOTAL: 5